UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00014(1)-ADA |
| | § | |
| (1) GUSTAVO VELASQUEZ-AGUSTIN | § | |

**ORDER**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed January 16, 2026, wherein the defendant (1) GUSTAVO VELASQUEZ-AGUSTIN waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation.  The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) GUSTAVO VELASQUEZ-AGUSTIN to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) GUSTAVO VELASQUEZ-AGUSTIN 's plea of guilty to Count One (1) is accepted.

Signed this 10th day of February, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE